# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEFAN LISZKA,** | : |
| **Plaintiff** | : **CIVIL ACTION NO. 3:14-0280** |
| v. | : |
| **CAROLYN W. COLVIN,** Acting Commissioner of the Social Security Administration, | : **(MANNION, D.J.)** **(COHN, M.J.)** |
| **Defendant** | : |

## ORDER

For the reasons articulated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The court **ADOPTS** the report and recommendation, (Doc. 20);

(2) The plaintiff's appeal from the denial of disability benefits by the Social Security Administration, (Doc. 1), is **GRANTED**;

(3) The case is **REMANDED** to the Commissioner for further proceedings consistent with today's memorandum; and

(4) The clerk is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 17, 2015**